1   Steven A. Marenberg (101033)
2   (smarenberg@irell.com)
    Josh B. Gordon (244818)
3   (josh.gordon@irell.com)
    Ryan A. Ward (278699)
4   (rward@irell.com)
5   IRELL & MANELLA LLP
6   1800 Avenue of the Stars, Suite 900
    Los Angeles, California 90067-4276
7   Telephone:  (310) 277-1010
8   Facsimile:  (310) 203-7199

9   Attorneys for Plaintiff
    DISNEY ENTERPRISES, INC.
10

FILED
CLERK, U.S. DISTRICT COURT
DEC 2 0 2013

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13                      WESTERN DIVISION

14   DISNEY ENTERPRISES, INC., a          )   Case No. CV13-9401 RSWL-MAN
     Delaware corporation,                )
15                                        )
                                          )   COMPLAINT FOR TRADEMARK
16              Plaintiff,                )   INFRINGEMENT AND UNFAIR
                                          )   COMPETITION
17        v.                              )
                                          )   JURY TRIAL DEMANDED
18                                        )
     PHASE 4 FILMS, INC., a Canadian      )
19   corporation, PHASE 4 FILMS (USA)     )
20   LLC, a Delaware limited liability    )
     company, and Does 1-10,              )
21                                        )
                                          )
22              Defendants.               )
                                          )
23                                        )
     _____)
24

25        Plaintiff  Disney  Enterprises,  Inc.  ("DEI")  for  its  Complaint  against

26   Defendants  Phase  4  Films,  Inc.  and  Phase  4  Films  (USA)  LLC  (together,

27   "Phase 4"), and Does 1-10 (with Phase 4, "Defendants") alleges as follows:

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

# I.      **INTRODUCTION**

1.      One of this year's most acclaimed and successful motion pictures is *FROZEN*, a feature-length animated picture released by DEI's affiliate, Walt Disney Pictures, shortly before Thanksgiving in November 2013.  *FROZEN* is slated for release in DVD and other home entertainment formats in early 2014.  Its prospects for continued success in that market are also bright, with millions of copies of the picture likely to be purchased by consumers in brick and mortar stores such as Wal-Mart and Best Buy or at online retailers such as iTunes and Amazon.com.  The theatrical release of *FROZEN* was carefully planned and executed over an extended period of time: Marketing for the picture showing its key artwork and title logo debuted in movie theatres and other media nationwide in June 2013.  A coordinated, wide-ranging public merchandising campaign using the same titles, logos, and designs began in September 2013.

2.      On November 1, 2013, less than three weeks before the Hollywood premiere of *FROZEN* on November 19, Phase 4 theatrically released an animated picture entitled *The Legend of Sarila*, which generated minimal box office revenues and received no significant critical attention.  Accordingly, that picture's prospects for achieving success in the home entertainment market were uncertain at best. Knowing of Disney's imminent release of *FROZEN*, however, Phase 4 suddenly changed the title of *The Legend of Sarila* ("Sarila" being the name of a lush, abundant, and non-frigid mythical land) to *FROZEN LAND,* a title deceptively and confusingly similar to *FROZEN*.  Phase 4 also redesigned the artwork, packaging, logo, and other promotional materials for its newly (and intentionally misleadingly) retitled film to mimic those used by DEI for *FROZEN* and related merchandise.  In fact, Phase 4's redesigned logo, as depicted below on its DVD cover, is nearly identical to *FROZEN's* logo, shown below on a toy's packaging:

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2942322

COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

The near identity to *FROZEN's* logo rules out coincidence or accident.

3.      Phase 4's conduct is unlawful. It is proscribed by, among other statutes, the federal Lanham Act.  In this action, DEI seeks, among other things, preliminary and permanent injunctive relief and damages to remedy Defendants' actions.

## II.     JURISDICTION AND VENUE

4.      This is a complaint for Trademark Infringement and False Advertising arising under Section 43(a) of the Lanham Act, 15 U.S.C. Sec. 1125(a), 101 et seq.

5.      This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. Sec. 1338(a) and 15 U.S.C. Sec. 1121.

6.      This Court has personal jurisdiction over Defendants because, among other things, Defendants conduct and solicit business in this jurisdiction and, on information and belief, distribute motion pictures and associated consumer products that are the subject matter of this Complaint in this jurisdiction.

7.      Venue is proper in this district under 28 U.S.C. Sec. 1391(b) and (c) because a substantial part of the events giving rise to the claims occurred in this district.

## III.    THE PARTIES

8.      DEI is, and at all times relevant hereto has been, a corporation organized and existing under the laws of Delaware, with a principal place of

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2942322

COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

business at 500 South Buena Vista Street, Burbank, California 91521. Among other things, DEI owns trademark rights in feature-length motion pictures produced and distributed by affiliated companies of The Walt Disney Company and/or their predecessors in interest. A significant aspect of DEI's business is the licensing of the characters and other original elements featured in the motion pictures of its Disney affiliates.

9. DEI is informed and believes, and on that basis alleges, that Defendant Phase 4 Films, Inc. is, and at all times relevant hereto has been, a corporation organized and existing under the laws of Canada, with a principal place of business in Canada, but doing business in the United States and in the State of California, including in this judicial district and elsewhere.

10. DEI is informed and believes, and on that basis alleges, that Defendant Phase 4 Films (USA) LLC is a Delaware limited liability company that operates as Phase 4 Films, Inc.'s business entity for the distribution of motion pictures in the United States and in the State of California, including in this judicial district and elsewhere.

11. DEI is currently unaware of the true names and capacities, whether individual, corporate, or otherwise, of Does 1 through 10, and therefore sues these defendants by fictitious names. Each Doe defendant in some way participated in, contributed to, or was responsible for the matters alleged in this Complaint. When DEI learns the true name and capacity of a Doe defendant, DEI will amend this pleading to allege that defendant's true name and capacity, together with such other allegations as may be appropriate.

## IV.   FACTUAL BACKGROUND

### A.   The Motion Picture *FROZEN*

12. On November 19, 2013, the Disney animated motion picture *FROZEN* premiered in Hollywood. The title is a trademark of DEI. *FROZEN* tells the story of Anna, a young princess whose sister, the Snow Queen, freezes her kingdom;

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2942322

- 4 -

COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

1  Anna then journeys with her brave (but funny) companions to save her kingdom
2  from an eternal winter.  Since its debut, *FROZEN* has been exhibited in more than
3  3,700 theatres across the United States and is reported to have generated cumulative
4  box office receipts of more than $170 million.

5  **B.      The Distinctive *FROZEN* Trademarks**

6      13.      As part of the development of *FROZEN*, a distinctive logo for the
7  "Frozen" trademark was created to promote the picture (the "*FROZEN* Trademark
8  Logo").  The *FROZEN* trademark and the *FROZEN* Trademark Logo are as follows:



As used in a promotional poster for *FROZEN,* it appears as follows:



23      14.      As is apparent, the *FROZEN* Trademark Logo is highly distinctive,
24  including capital letters with jagged, uneven edges, dramatic flourishes on the
25  letters, and an elongated R and Z that cradle the most prominent  element—a
26  stylized O that curves into itself and does not close entirely.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2942322

- 5 -

COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

15. The *FROZEN* trademark and the *FROZEN* Trademark Logo have been used and featured prominently on all marketing materials for the picture. They are featured on an internet website promoting the picture (http://movies.disney.com/frozen), as well as on all media marketing or promoting the picture. They appear in the picture itself, as well as at every theatre where the picture is exhibited or advertised, and on television, internet, and print advertising.

16. *FROZEN* was the subject of trailers, the first of which was released in theatres in June 2013 to run at the beginning of the Disney/Pixar box-office hit, *Monsters University* and, like all of its other promotional material, used the distinctive trademark and the *FROZEN* Trademark Logo. These trailers were shown in theatres, on television, and on the internet, including through, *inter alia*, iTunes, YouTube and Facebook. DEI is informed and believes, and on that basis alleges, that these trailers have been viewed by millions of people since the first trailer was released.

**C. The Distinctive *FROZEN* BLUE OVAL**

17. The release of *FROZEN* was coordinated with a licensing program pursuant to which the design, manufacture, promotion, distribution, and sale of an array of merchandise based on the characters, themes, and artwork of *FROZEN* were licensed. DEI and its affiliates and licensees expended substantial resources in developing this program which includes books, software, apparel, toys, promotional merchandise, and a range of other consumer products.

18. A key component of the licensing program was the development of the *FROZEN* trademark in conjunction with distinctive trade dress to distinguish *FROZEN* and to assist consumers in associating licensed merchandise with the Disney motion picture. That trade dress was developed over a substantial period of time—well in advance of the theatrical release—and distributed in the form of style guides to licensees so that the licensees could design, manufacture, and promote associated merchandise coordinated with the theatrical release of *FROZEN*. The

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2942322

1  first style guide, containing the *FROZEN* Trademark Logo and the *FROZEN* Blue
2  Oval referenced below, was made available to thousands of licensees as of January
3  2013.   Licensed *FROZEN* merchandise was available to the public in or around
4  September 2013.

5       19.   As part of the *FROZEN* licensing program, the *FROZEN* trademark and
6  *FROZEN* Trademark Logo appear on licensed *FROZEN*-associated merchandise in
7  a distinctive context: They are placed in white on top of a royal blue oval with a
8  pattern of flourishes and a floral design surrounding the perimeter of the oval in a
9  lighter shade of blue (the "*FROZEN* Blue Oval").   The flourishes and floral design
10 is a form of rosemaling, a decorative folk art believed to have originated in Norway
11 that Disney used to tie the trademark to the story of *FROZEN*, which takes place in a
12 mythical kingdom surrounded by mountains and fjords inspired, in part, by Norway.
13 The *FROZEN* Blue Oval is as follows:



21 As used on licensed *FROZEN*-associated merchandise it appears as follows:

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2942322

COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION



**D.  Phase 4 Intentionally Changed the Name and the Logo of Its Movie**

20.   The animated picture *The Legend of Sarila* was produced in Canada by CarpeDiem Film & TV and 10th Ave Productions.  As described by its original Canadian producers, *The Legend of Sarila* tells "the story of a voyage of initiation in which three young Inuit go in search of Sarila, a promised land, hoping to save their clan from famine."  *The Legend of Sarila* had a theatrical release outside of the United States in the spring of 2013, using the following title logo:



21.   DEI is informed and believes, and on that basis alleges, that Phase 4 acquired the rights to distribute *The Legend of Sarila* in the United States in or around June 2013 and that Phase 4 released the film theatrically in the United States in or around November 1, 2013 as *The Legend of Sarila*.

22.   The picture *The Legend of Sarila* was then released and marketed in home entertainment formats in the United States on or about November 5, 2013, but not under its original title.  Rather, DEI is informed and believes, and on that basis

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2942322

- 8 -

COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

1   alleges, that Phase 4 renamed the film *FROZEN LAND* prior to its November release
2   in commerce in home entertainment formats.  DEI is further informed and believes,
3   and on that basis alleges, that Phase 4 did so to profit from the November 2013
4   theatrical release of Disney's *FROZEN* and the associated marketing efforts in
5   commerce that DEI and its affiliates invested in *FROZEN* prior to and after that
6   theatrical release.  Through the advertising and promotion of *FROZEN*, including
7   through trailers and in other media, the *FROZEN* trademark, the *FROZEN*
8   Trademark Logo, and the *FROZEN* Blue Oval acquired distinctiveness with people
9   throughout the country prior to November 5, 2013.

10        23.   Phase 4 created packaging and a logo for the new title *FROZEN LAND*
11   as follows:



18        24.   As is apparent from the face of the *FROZEN LAND* logo, despite the
19   infinite options available to it, Phase 4 intended its logo to replicate the *FROZEN*
20   Trademark Logo of Disney's *FROZEN*.  For example, the *FROZEN LAND* logo also
21   includes jagged, uneven edges on the lettering, dramatic flourishes on the letters,
22   and an elongated R and Z that cradle a stylized O that curves into itself and does not
23   close entirely.  In addition, the word "frozen" is significantly larger than the word
24   "land." The two logos are nearly identical:

25
26
27
28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership including
Professional Corporations

2942322

- 9 -

COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION



25.   In addition, Phase 4 intended its logo to be a near carbon-copy of the *FROZEN* Blue Oval.  For example, the *FROZEN LAND* logo places the *"FROZEN LAND"* title in white on a royal blue oval that, in addition to the title, includes decorative flourishes and floral designs surrounding the perimeter in a lighter shade of blue—flourishes and floral designs that are strikingly similar to the rosemaling used in the *FROZEN* Blue Oval.  The following depicts the near identical form of the two ovals:

 

26.   DEI did not authorize Defendants' use of the title *FROZEN LAND*, the *FROZEN* Trademark Logo, or the *FROZEN* Blue Oval.

27.   DEI is informed and believes, and on that basis alleges, that consumers have been and will continue to be confused as to the origin of Phase 4's film *FROZEN LAND* and that, as a result of such confusion, DEI has suffered and will suffer irreparable harm as a result.

//

//

//

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2942322

- 10 -

COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

# FIRST CAUSE OF ACTION

## TRADEMARK INFRINGEMENT OF THE *FROZEN* TRADEMARK, THE *FROZEN* TRADEMARK LOGO, AND THE *FROZEN* BLUE OVAL

### (Lanham Act § 1125(a)(1)(A))

28.    DEI incorporates paragraphs 1-27 set forth above as if set forth in full herein.

29.    The *FROZEN* trademark is distinctive and, by virtue of the substantial investment and widespread promotion and distribution of the animated motion picture bearing the title, has acquired distinctiveness as an exclusive indicator of origin for the motion picture *FROZEN* and associated licensed merchandise.

30.    Defendants use a copy, variation, simulation, or colorable imitation of the *FROZEN* trademark in connection with their own production, marketing, advertising, promotion, distribution, and sale of *FROZEN LAND*.  Defendants' use of this title is explicitly misleading and not authorized by DEI, and its use is expressly misleading and likely to cause confusion, mistake, or deception and constitutes trademark infringement in violation of Section 43 of the Lanham Act. 15 U.S.C. §1125(a)(1)(A).

31.    The *FROZEN* Trademark Logo is distinctive and, by virtue of the substantial investment and widespread promotion and distribution of the animated motion picture bearing the title in the *FROZEN* Trademark Logo, it has acquired distinctiveness as an exclusive indicator of origin for the animated motion picture *FROZEN* and associated licensed merchandise.

32.    The *FROZEN* Blue Oval is distinctive and, by virtue of the substantial investment and widespread promotion and distribution of the animated motion picture bearing the title in the *FROZEN* Trademark Logo as well as licensed merchandise bearing the *FROZEN* Blue Oval, it has acquired distinctiveness as an exclusive indicator of origin for the animated motion picture *FROZEN* and associated licensed merchandise.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2942322

- 11 -

COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

33.     Defendants' selection, incorporation, and use of the *FROZEN* trademark, the *FROZEN* Trademark Logo, and the *FROZEN* Blue Oval, and/or copies, variations, simulations, or colorable imitations thereof, were made with full knowledge of the prior and extensive use of DEI's FROZEN trademark, the *FROZEN* Trademark Logo, and the *FROZEN* Blue Oval, and were done with a conscious intent to expressly mislead and confuse the consuming public.

34.     Defendants' acts alleged herein were willful and deliberate and have harmed DEI in an amount to be determined at trial and such damage will increase unless Defendants are enjoined from their wrongful actions.

35.     Defendants' infringing use of the *FROZEN* trademark, the *FROZEN* Trademark Logo, and the *FROZEN* Blue Oval is causing immediate and irreparable injury to DEI and to its goodwill and reputation and will continue to damage DEI and confuse the public unless enjoined by this Court. DEI has no adequate alternative remedy at law to an injunction.

## SECOND CAUSE OF ACTION
## UNFAIR COMPETITION
### (Lanham Act § 1125(a)(1)(A))

36.     DEI incorporates paragraphs 1-35 set forth above as if set forth in full herein.

37.     Defendants' marketing, advertising, promoting, distributing, and selling of Defendants' *FROZEN LAND* in commerce using copies, variations, simulations, or colorable imitations of the *FROZEN* trademark, *FROZEN* Trademark Logo, and the *FROZEN* Blue Oval is without authority of license from DEI.  The conscious use of copies, variations, simulations, or colorable imitations of the *FROZEN* trademark, *FROZEN* Trademark Logo, and the *FROZEN* Blue Oval, combined with the express or implied representation that the film originated with, is associated with, or is endorsed or approved by DEI, together with a release date intended to capitalize on DEI's substantial marketing investment in *FROZEN* and associated

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2942322

- 12 -

COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

1  merchandising, constitute unfair competition in violation of the Lanham Act. 15
2  U.S.C. § 1125(a)(1)(A).

3      38.    Consumers are likely to be misled and deceived into believing, based
4  on Defendants' representations and conduct in connection with the marketing,
5  advertising, promoting, distributing, and selling of Defendants' *FROZEN LAND* that
6  Defendants' film is associated with, sponsored, or approved by DEI when no such
7  association, sponsorship, or approval exists.

8      39.    DEI is informed and believes, and based on that basis alleges, that
9  Defendants' selection, incorporation and use of the *FROZEN* trademark, *FROZEN*
10  Trademark Logo, and the *FROZEN* Blue Oval, and/or copies, variations,
11  simulations, or colorable imitations thereof, were made with full knowledge of the
12  prior and extensive use of DEI's *FROZEN* trademark, *FROZEN* Trademark Logo,
13  and the *FROZEN* Blue Oval and were done with an intent to deceive the consuming
14  public.

15      40.    Defendants' acts alleged herein were willful and deliberate and have
16  harmed DEI in an amount to be determined at trial, and such damage will increase
17  unless Defendants are enjoined from their wrongful actions.

18      41.    Defendants' infringing use of the *FROZEN* trademark, *FROZEN*
19  Trademark Logo, and the *FROZEN* Blue Oval is causing immediate and irreparable
20  injury to DEI and to its goodwill and reputation and will continue to damage DEI
21  and to confuse the public unless enjoined by this Court.  DEI has no adequate
22  alternative remedy at law to an injunction.

23                          **PRAYER FOR RELIEF**

24      WHEREFORE, DEI prays for judgment against Defendants as follows:

25      1.    That preliminary and permanent injunctive relief issue restraining
26  Defendants, their officers, agents, servants, employees, representatives, successors
27  and assigns, attorneys, and all those in active concert or participation with them
28  from:

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2942322

- 13 -

COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

a.     Using the *FROZEN* trademark, *FROZEN* Trademark Logo, and/or the *FROZEN* Blue Oval, or any element thereof that makes Defendants' use confusingly similar to these, in the marketing, promotion, distribution, and/or sale of any motion picture in any format, including on DVD, Blu-Ray, and digital downloads, or of any related goods and/or services; or

b.     Infringing the *FROZEN* trademark, *FROZEN* Trademark Logo, and/or the *FROZEN* Blue Oval, unfairly competing with DEI, or otherwise injuring DEI's business reputation in any manner;

2.     That Defendants shall destroy all DVDs, DVD covers, posters, publications, software, brochures, labels, signs, or other promotional material that use the *FROZEN* trademark, *FROZEN* Trademark Logo, and/or the *FROZEN* Blue Oval, specifically including the distinctive title treatment and logo;

3.     That Defendants shall pay DEI compensatory damages and lost profits in an amount according to proof;

4.     That Defendants shall pay DEI actual damages as calculated pursuant to 15 U.S.C. § 1117(a);

5.     That DEI be awarded its reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a);

6.     That DEI be awarded its costs in bringing this action;

7.     That DEI be awarded all such other and further relief as the Court deems just and proper.


Dated: December 20, 2013           IRELL & MANELLA LLP


                                   By: _____
                                        Steven A. Marenberg
                                        Attorneys for Plaintiff
                                        DISNEY ENTERPRISES, INC.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2942322                 COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

1

## **DEMAND FOR TRIAL BY JURY**

2

 DEI hereby demands a trial by jury on all causes of action and issues properly

3

triable to a jury.

4

5

 Dated: December 20, 2013              IRELL & MANELLA LLP

6

7

8                                        By:

                                              Steven A. Marenberg

9                                             Attorneys for Plaintiff

                                              DISNEY ENTERPRISES, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

2942322

COMPLAINT FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge _____ Ronald S.W. Lew _____ and the assigned Magistrate Judge is _____ Margaret A. Nagle _____ .

The case number on all documents filed with the Court should read as follows:

## 2:13-cv-09401 RSWL-MANx

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

December 20, 2013
_____
Date

By  SBOURGEOIS  _____
Deputy Clerk

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

| | | |
|---|---|---|
| [x] Western Division | [ ] Southern Division | [ ] Eastern Division |
| 312 N. Spring Street, G-8 | 411 West Fourth St., Ste 1053 | 3470 Twelfth Street, Room 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701 | Riverside, CA 92501 |

**Failure to file at the proper location will result in your documents being returned to you.**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| DISNEY ENTERPRISES, INC., a Delaware corporation | ) ) ) |
| _Plaintiff(s)_ | ) ) ) |
| v. | ) ) |
| PHASE 4 FILMS, INC., a Canadian corporation, PHASE 4 FILMS (USA) LLC, a Delaware limited liability company, and Does 1-10, | ) ) ) ) |
| _Defendant(s)_ | ) ) |

Civil Action No.

**CV13-9401** RSWL-MANₓ

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

PHASE 4 FILMS, INC. and
PHASE 4 FILMS (USA) LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Josh B. Gordon (josh.gordon@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **DEC 2 0 2013**

_Signature of Clerk or Deputy Clerk_

1/84

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

| I. (a) PLAINTIFFS ( Check box if you are representing yourself ☐ ) | DEFENDANTS ( Check box if you are representing yourself ☐ ) |
|---|---|
| DISNEY ENTERPRISES, INC. | PHASE 4 FILMS, INC.; PHASE 4 FILMS (USA) LLC; and DOES 1-10 |

| (b) County of Residence of First Listed Plaintiff   LOS ANGELES<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant<br>*(IN U.S. PLAINTIFF CASES ONLY)* |
|---|---|

| (c) Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.<br><br>IRELL & MANELLA LLP, 1800 Avenue of the Stars, Suite 900, Los Angeles, California 90067-4276, (310) 277-1010 | Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information. |
|---|---|

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1. U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes  ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes  ☒ No    ☒ **MONEY DEMANDED IN COMPLAINT:** $ to be determined at trial

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

15 U.S.C. §1125(a)(1)(A); complaint for trademark infringement and unfair competition

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☒ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| | ☐ 220 Foreclosure | | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII.  VENUE**:  Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned.  This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A:  Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| [ ] Yes  [X] No | [ ] Los Angeles | Western |
| If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | [ ] Ventura, Santa Barbara, or San Luis Obispo | Western |
| | [ ] Orange | Southern |
| | [ ] Riverside or San Bernardino | Eastern |

| Question B:  Is the United States, or one of its agencies or employees, a party to this action? | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| | A PLAINTIFF? | A DEFENDANT? | |
| [ ] Yes  [X] No | then check the box below for the county in which the majority of DEFENDANTS reside. | then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | [ ] Los Angeles | [ ] Los Angeles | Western |
| | [ ] Ventura, Santa Barbara, or San Luis Obispo | [ ] Ventura, Santa Barbara, or San Luis Obispo | Western |
| | [ ] Orange | [ ] Orange | Southern |
| | [ ] Riverside or San Bernardino | [ ] Riverside or San Bernardino | Eastern |
| | [ ] Other | [ ] Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? (Make only one selection per row.) | A. Los Angeles County | B. Ventura, Santa Barbara, or San Luis Obispo Counties | C. Orange County | D. Riverside or San Bernardino Counties | E. Outside the Central District of California | F. Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |
| Indicate the location in which a majority of defendants reside: | [ ] | [ ] | [ ] | [ ] | [X] | [ ] |
| Indicate the location in which a majority of claims arose: | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

**C.1.  Is either of the following true?  If so, check the one that applies:**

[ ] 2 or more answers in Column C

[ ] only 1 answer in Column C and no answers in Column D

Your case will initially be assigned to the
SOUTHERN DIVISION.
Enter "Southern" in response to Question D,  below.

If none applies, answer question C2 to the right.  ➡

**C.2.  Is either of the following true?  If so, check the one that applies:**

[ ] 2 or more answers in Column D

[ ] only 1 answer in Column D and no answers in Column C

Your case will initially be assigned to the
EASTERN DIVISION.
Enter "Eastern" in response to Question D,  below.

If none applies, go to the box below.  ⬇

Your case will initially be assigned to the
WESTERN DIVISION.
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above:  ➡ | WESTERN DIVISION |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES**: Has this action been previously filed **in this court** and dismissed, remanded or closed?   ☒ NO   ☐ YES

If yes, list case number(s):

**IX(b). RELATED CASES**: Have any cases been previously filed **in this court** that are related to the present case?   ☒ NO   ☐ YES

If yes, list case number(s):

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):**           DATE:   December 20, 2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |